# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| RAFAEL A. MOREL THEN, individually and on behalf of a Class of others similarly situated, | : : : : : |
| Plaintiff, | : : |
| v. | : No: 2:20-cv-00800 |
| GREAT ARROW BUILDERS, LLC, | : : |
| Defendant. | : : |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL AND PROVISIONAL SETTLEMENT CLASS CERTIFICATION

Plaintiff hereby moves, unopposed, for preliminary approval of a settlement, for class certification, and for notice to be sent to the Settlement Class. A memorandum of points and authorities in support of the instant motion is attached hereto.

Respectfully submitted,

Dated: December 16, 2021

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio, Esq.,
Jason S. Rathod, Esq.
MIGLIACCIO & RATHOD LLP
412 H St., NE
Suite 302
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
nmigliaccio@classlawdc.com

D. Aaron Rihn, Esq.
Sara J. Watkins, Esq.
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower, 707 Grant Street
Pittsburgh, PA 15219-1918
Tel: 412.281.7229
Fax: 412.281.4229
arihn@peircelaw.com