IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAFAEL A. MOREL THEN, Individually and on
Behalf of All Other Persons Similarly Situated,   Civil Action No.: 2:20-cv-800-CCW

Plaintiff,

v.

GREAT ARROW BUILDERS, LLC,

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT AND PAYMENT OF SERVICE
AWARDS, ATTORNEYS FEES, COSTS, AND EXPENSES**

Plaintiff hereby moves, unopposed, for final approval of the Settlement and approval of Class Counsels' fees and expenses, as well as incentive awards to the Named Plaintiff and Pre-Notice Opt-in. A memorandum of points and authorities in support of the instant motion is attached hereto.

Respectfully submitted,

Dated: July 11, 2022

*/s/ Nicholas A. Migliaccio*
Nicholas A. Migliaccio, Esq.,
Jason S. Rathod, Esq.
MIGLIACCIO & RATHOD LLP
412 H St., NE
Suite 302
Washington, DC 20002
(202) 470-3520 (Tel.)
(202) 800-2730 (Fax)
nmigliaccio@classlawdc.com

D. Aaron Rihn, Esq.
Sara J. Watkins, Esq.
ROBERT PEIRCE & ASSOCIATES, P.C.
2500 Gulf Tower, 707 Grant Street

Pittsburgh, PA 15219-1918
Tel: 412.281.7229
Fax: 412.281.4229
arihn@peircelaw.com